IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MUSIC GROUP SERVICES NV, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. |
| | * | |
| UNIQUE SQUARED N/K/A PEARL | * | |
| UNLIMITED HOLDINGS, INC. | * | |
| [Registered Agent: | * | |
| Paul D'Arrigo | * | |
| 3765 Atlanta Industrial Drive NW, Suite A | * | |
| Atlanta, GA 30331] | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT

Plaintiff Music Group Services NV, Inc. ("Music Group"), through its undersigned counsel, files this Complaint against Defendant Unique Squared n/k/a PEARL Unlimited Holdings, Inc. ("Pearl"), alleging as follows:

## NATURE OF THE ACTION

1.     This is an action to recover $386,476.94 based on Pearl's breach of contract and Pearl's refusal to accept and pay for goods purchased from Music Group.

## PARTIES

2.     Music Group is a corporation, in good standing, organized under the laws of the State of Nevada with its principal place of business at 5270 Procyon Street, Las Vegas, NV 89118.

3.     Pearl is a corporation, in good standing, organized under the laws of the State of Delaware with its principal place of business at 3765 Atlanta Industrial Drive NW, Suite A, Atlanta, GA 30331.

## JURISDICTION AND VENUE

4.     Music Group and Pearl are completely diverse from each other with regard to citizenship.

5.     Music Group is a citizen of the State of Nevada because it was incorporated in Nevada and its principal place of business is in Nevada.

6.     Pearl is a citizen of Delaware and Georgia because it was incorporated in Delaware and its principal place of business is in Georgia.

7.     All parties had substantial business contacts within the State of Georgia as it pertains to the subject matter of this lawsuit.

8.     This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332 as complete diversity exists between the parties.

9.     Venue is appropriate in this Court under 28 U.S.C. § 1391.

10.     The amount in controversy exceeds $75,000.

## FACTS COMMON TO ALL ALLEGATIONS

11.     Music Group incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set out herein.

12.     On or about May 9, 2014, Pearl submitted an order to purchase electronic equipment from Music Group (the "Purchase Order").  The Purchase Order is attached hereto as **Exhibit A.**

13.     On or about May 12, 2014, Music Group accepted the Purchase Order and issued an invoice (the "Invoice") to Pearl for the electronic equipment (the "Merchandise").  Pearl signed the Invoice upon its receipt.  The Invoice is attached hereto as **Exhibit B**.

14.     As set forth in the Purchase Order and Invoice, Pearl agreed to buy the Merchandise from Music Group for the price of $606,476.94.

15.     Music Group subsequently delivered $306,363.95 worth of the Merchandise to Pearl.

16.     On or about September 24, 2014, Pearl made a payment of $220,000 for the Merchandise delivered by Music Group.

17.     Pearl refused to make any additional payments to Music Group.

18.     On or about November 7, 2014, Pearl informed Music Group that it would not accept any additional Merchandise from Music Group.

19.     Music Group has incurred additional expenses, including storage and handling fees, as a result of Pearl's refusal to accept the undelivered Merchandise as set forth in the Purchase Order.

20.     Pearl paid $220,000 out of the $606,476.94 owed to Music Group pursuant to the Purchase Order and Invoice.  However, Pearl failed to pay the remaining principal amount of $386,476.94.

21.     Pearl failed to perform its contractual obligations under the Purchase Order and Invoice by failing to pay Music Group the principal amount of $386,476.94.

22.     As a result of Pearl's refusal to accept the Merchandise from Music Group after November 7, 2014, Music Group incurred costs for storage and handling of the undelivered Merchandise.

23.     As a result of Pearl's failure to make payment, Music Group sustained damages of $386,476.94, plus storage and handling costs, prejudgment interest, legal fees, and collection costs.

3

## COUNT ONE – BREACH OF CONTRACT

24.     Music Group incorporates by reference the allegations contained in the preceding paragraphs as if fully set out herein.

25.     Pearl executed a valid, binding, enforceable contract for its purchase of the Merchandise. See **Exhibit A** and **Exhibit B**.

26.     Pearl agreed to pay a total of $606,476.94 for the Merchandise.  Pearl paid Music Group only $220,000.  Pearl owes Music Group a principal balance of $386,476.94.

27.     Pearl's failure to pay $386,476.94 is a breach of its contractual obligations.

28.     Music Group fully performed its contractual obligations.

29.     Music Group made several demands that Pearl pay all amounts due under the parties' agreement.

30.     As a direct and proximate result of Pearl's breach of contract, Music Group incurred actual damages in the amount of $386,476.94.

31.     As a direct and proximate result of Pearl's delay in performing the contract, Music Group has incurred costs for the storage and handling of the undelivered Merchandise.

32.     As a result of Pearl's breach, Pearl owes prejudgment interest on the amount of $386,476.94.

WHEREFORE Plaintiff prays that this Court enter judgment in its favor against Defendant as follows:

A.     Judgment in favor of Music Group and against Pearl in the principal amount of $386,476.94 plus damages for storage and handling of the undelivered Merchandise to be determined at a later date.

4

B.      Award prejudgment interest and costs of collection, including legal fees and court costs, against Pearl.

C.      Award such other and further relief as this Court deems is just and proper in these circumstances.

## COUNT TWO – QUANTUM MERUIT/UNJUST ENRICHMENT

33.    Music Group incorporates by reference the allegations contained in the preceding paragraphs as if fully set out herein.

34.    At all relevant times, Pearl had a duty and promise to pay Music Group all amounts due for the Merchandise at Music Group's standard and customary rates.

35.    At all relevant times herein, Music Group conferred a benefit by offering and delivering the Merchandise to Pearl.

36.    Pearl had knowledge of the benefit that Music Group conferred.

37.    Pearl voluntarily accepted, retained, appreciated and received the benefit of the Merchandise that Music Group provided to Pearl.

38.    Pearl was enriched by the Merchandise offered and delivered by Music Group.

39.    Despite the receipt of such enrichments, Pearl failed to make full payment to Music Group for the enrichment received.

40.    Pearl's enrichment is unjust.

41.    The circumstances render Pearl's retention of the benefit inequitable unless Pearl pays Music Group the value of the benefit.

42.    As a result of Pearl's unjust enrichment, Music Group incurred damages in the amount of $386,476.94.

7250869 v1

43.     As a direct and proximate result of Pearl's delay in compensating Music Group for its unjust enrichment, Music Group has incurred costs for the storage and handling of the undelivered Merchandise.

44.     As a result of Pearl's unjust enrichment, Pearl owes prejudgment interest on the amount of $386,476.94.

WHEREFORE Plaintiff prays that this Court enter judgment in its favor against Defendant as follows:

A.     Judgment in favor of Music Group and against Pearl in the principal amount of $386,476.94 plus damages for storage and handling of the undelivered Merchandise to be determined at a later date.

B.     Award prejudgment interest and costs of collection, including legal fees and court costs, against Pearl.

C.     Award such other and further relief as this Court deems is just and proper in these circumstances.

## COUNT THREE – SPECIFIC PEFORMANCE

45.     Music Group incorporates by reference the allegations contained in the preceding paragraphs as if fully set out herein.

46.     The damages sought will not fully compensate Music Group for the damages it has sustained and will continue to sustain caused by Pearl's breach of contract/unjust enrichment.

47.     Music Group has tendered its full performance of the parties' agreement.

48.     Pursuant to the terms of the Purchase Order, Music Group has offered to deliver the Merchandise to Pearl, continues to be ready, willing, and able to deliver the Merchandise to

6

Pearl, and has demanded that Pearl accept delivery of the Merchandise set forth in the Purchase Order.

49.     Pearl has refused and continued to refuse to accept and pay for the Merchandise.

50.     The Merchandise consists of unique goods. Music Group is unlikely to find an alternate purchaser for the undelivered Merchandise that Pearl has refused to accept in violation of the parties' agreement.

51.     Specific performance is necessary and appropriate under the circumstances of this case to provide relief to Music Group.

WHEREFORE Plaintiff prays that this Court enter judgment in its favor against Defendant as follows:

A.      Judgment in favor of Music Group and against Pearl for storage and handling of the undelivered Merchandise to be determined at a later date.

B.      For an order that Pearl specifically perform the parties' agreement and accept and pay for the undelivered Merchandise identified in the Purchase Order.

C.      Award prejudgment interest and costs of collection, including legal fees and court costs, against Pearl.

D.      Award such other and further relief as this Court deems is just and proper in these circumstances.

7

7250869 v1

Dated:  January  22, 2016                    Respectfully submitted,


                                             By:  /s/ Leonard Searcy
                                                     Leonard Searcy, GA Bar No. 633303
                                                     Richard F. Shearer (*pro hac vice*)
                                                     SHOOK, HARDY & BACON L.L.P.
                                                     2555 Grand Boulevard
                                                     Kansas City, Missouri 64108-2613
                                                     Telephone:  (816) 474-6550
                                                     Facsimile:  (816) 421-5547
                                                     Email:  lsearcy@shb.com
                                                                 rshearer@shb.com

                                             ATTORNEYS FOR PLAINTIFF
                                             MUSIC GROUP SERVICES NV, INC.




                        **CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that on this 22nd  day of  January, 2016, I electronically filed the
foregoing document with the Clerk of the Court using CM/ECF and a true and correct copy of
the foregoing was served on all counsel or parties of record by transmission of notices of
electronic filing through the CM/ECF system.



                                             /s/ Leonard Searcy
                                               Leonard Searcy




                                        8

7250869 v1