UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MUSIC GROUP SERVICES NV, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| UNIQUE SQUARED N/K/A PEARL UNLIMITED HOLDINGS, INC. | ) ) ) |
| Defendant. | ) |

CIVIL ACTION FILE
NO: 1:16-cv-00226-LMM

NOTICE OF CONDITIONAL SETTLEMENT

TO THE HONORABLE LEIGH MARTIN MAY AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA:

PLEASE TAKE NOTICE that Plaintiff Music Group Services, NV, Inc. and Defendant Pearl Unlimited Holdings, Inc. have reached a binding, conditional settlement of this matter, including settlement of all claims and causes of action in the Complaint and Counterclaims asserted in the litigation. The parties respectfully request that all pretrial dates be taken off calendar. The action will be voluntarily dismissed with prejudice via Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) upon execution of all settlement documents and satisfaction of the respective obligations under the parties' Confidential Settlement Agreement and Mutual Release of all claims.

Dated: November 10, 2016

Respectfully submitted,

By: /s/ *Richard F. Shearer*

Richard F. Shearer (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
rshearer@shb.com

and

Samuel S. Woodhouse
Georgia Bar No. 755070
THE WOODHOUSE LAW FIRM, LLC
260 Peachtree Street, N.W., Ste 1402
Atlanta, GA 30303
Telephone: (404) 214-7200
Facsimile: (404) 214-7202
swoodhouse@woodhouselawfirm.com


ATTORNEYS FOR PLAINTIFF
MUSIC GROUP SERVICES NV, INC.

7864917 v1

**CERTIFICATE OF SERVICE**

      I hereby certify the foregoing was electronically filed with the Court's CM/ECF system on this 10th day of November, 2016, and a copy of the same automatically was sent via e-mail notification to the following:

Jessica F. Pardi
Simon R. Malko
Morris, Manning & Martin, LLP
3343 Peachtree Road N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
jpardi@mmmlaw.com
smalko@mmmlaw.com

*Attorneys for Defendant*

                                                */s/ Richard Shearer*
                                                Richard Shearer

7864917 v1